IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00025-MR-WCM

| | |
|---|---|
| JANET JOHNSON | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| DEPUY SYNTHES PRODUCTS, INC., | ) |
| DEPUY SYNTHES, INC., | ) |
| DUPUY SYNTHES SALES, INC., | ) |
| JOHNSON & JOHNSON | ) |
| INTERNATIONAL, INC., and | ) |
| JOHNSON & JOHNSON | ) |
| *and Unknown subsidiaries of* | ) |
| *Johnson & Johnson and of Depuy Synthes, Inc.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Bridget A. Blinn-Spears. The Motion indicates that Ms. Blinn-Spears, a member in good standing of the Bar of this Court, is local counsel for DePuy Synthes Products, Inc. and DuPuy Synthes Sales, Inc. and that she seeks the admission of Sara Svedberg, who the Motion represents as being a member in good standing of the Bar of the State of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** Sara Svedberg to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 5, 2021

W. Carleton Metcalf
United States Magistrate Judge