IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00025-MR-WCM

| | |
|---|---|
| JANET JOHNSON, Plaintiff, v. DEPUY SYNTHES PRODUCTS, INC., DUPUY SYNTHES SALES, INC. Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 17) filed by Gerald R. McKinney. The Motion indicates that Mr. McKinney, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Janet Johnson and that he seeks the admission of Thomas C. Jessee, who the Motion represents as being a member in good standing of the Bar of the State of Tennessee. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 17) and **ADMITS** Thomas C. Jessee to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 22, 2021

W. Carleton Metcalf
United States Magistrate Judge