# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JANET JOHNSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00025-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPUY SYNTHES PRODUCTS, INC. and DUPUY SYNTHES SALES, INC., | ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2022 Memorandum of Decision and Order.

May 19, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court